### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ELIGAH J. PAULK,**

      **Plaintiff,**

**v.**                                                   **Case No. 4:15cv195-MW/CAS**

**MIKE WOOD,**
**STEVE NORVILLE,**
**TODD E. McKISSACK,**
**RETHA MILLER,**
**VILESHA MILLER, and**
**WILLIE PAULK,**

      **Defendants.**

_____/

### ORDER ACCEPTING AND ADOPTING REPORT AND <u>RECOMMENDATION</u>

This Court has considered the Magistrate Judge's Report and Recommendation.  ECF No. 14.  Upon consideration, no objections having been filed by Plaintiff,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion.  The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 13, is **DISMISSED** without prejudice for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2) because it is barred by *Heck v. Humphrey* and because the allegations are insufficient to demonstrate

the violation of Plaintiff's constitutional rights.  The Clerk is directed to note on the docket this case is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)."  The Clerk shall close the file.

**SO ORDERED on August 25, 2015.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**